UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MEHDI PAZOKI,

    Plaintiff,

  v.

CHAD F. WOLF, et al.,

    Defendants.

Case No. 20-cv-03094-DMR

**ORDER TO SHOW CAUSE**

Defendant filed a motion to remand on October 2, 2020. [Docket No. 22.] Pursuant to Civil Local Rule 7-3(a), any brief in opposition to Defendant's motion was due on October 16, 2020, but no such opposition has been received. <u>Plaintiff Mehdi Pazoki is ordered to respond by October 26, 2020 and show cause for his failure to respond</u> to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. If Plaintiff does not respond by October 26, 2020, Defendant's motion may be granted or the case may be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 21, 2020



Donna M. Ryu
United States Magistrate Judge